

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~WILLXAXXXWIXX~~ON
ATTORNEY GENERAL

Honorable D.C. Greer
State Highway Engineer
Austin, Texas

Dear Sir:

Opinion No. 0-3290
Re: Issuance of fee exempt license
plates to consuls of foreign
countries.

     We acknowledge receipt of your letter of March 14, 1941, in which you make the following request of this department:

     "We would like to present the above subject matter for your further consideration and request that you advise us (1) if the Highway Department is authorized to issue fee exempt license plates to Consuls who are citizens of the state or county which they represent and by which they are appointed; (2) if the Highway Department is authorized to issue fee exempt license plates to Consuls of foreign states or countries but who are citizens of the United States."

     Further, your letter states that the Highway Department issues exempt license plates to Consuls who are citizens of the country they represent, but refuses to issue them to applicants who are citizens of the United States. This procedure is supported by two opinions of prior administrations, the first by Paul D. Page, Jr., Assistant Attorney General, dated January 30, 1929, the second by Leonard King, Assistant Attorney General, dated February 5, 1937. We agree with the result reached by these opinions, and we do not believe the established practice of the Highway Department should be disturbed. The policy is in accord with agreement and custom relating to reciprocal courtesies extended Consular officials of a foreign nation. We therefore answer your first question in the affirmative and your second question in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/Ross Carlton
    Ross Carlton
    Assistant

RC:db:wc

APPROVED MAR 27, 1941
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman